### SCOTT et al. v. SOWDEN, Justice of the Peace.

#### No. 12,123; February 21, 1888.

#### 16 Pac. 768.

. **Appeal—No Appearance or Brief by Appellant.**—Where there is no appearance by appellant, and there are no points or authorities filed in his behalf, the judgment appealed from will be affirmed.[1]

APPEAL from Superior Court, Nevada County; J. M. Walling, Judge.

The petition of William Scott and Raphael Solari against William P. Sowden, justice of the peace, for a writ of mandate to compel the suspension of certain proceedings in respondent's court, and compel him to certify the same to the superior court, was denied, and plaintiffs appealed.

Cross & Simonds for appellants; A. D. Mason and William P. Sowden for respondent.

FOOTE, C.—There being no appearance on the part of the appellant, and no points or authorities filed on his behalf, the judgment and order appealed from should be affirmed.

We concur: Belcher, C. C.; Hayne, C.

Per CURIAM.—For the reasons given in the foregoing opinion the judgment and order appealed from are affirmed.

---

[1] **Cited** in Peek v. Peek, 75 Cal. 299, 17 Pac. 214, where the court state the rule to be that "where the appellant neither makes an oral argument nor files any brief the court will affirm the judgment without an examination of the record."